**SCURA, WIGFIELD, HEYER,
STEVENS & CAMMAROTA, LLP**
1599 Hamburg Turnpike
Wayne, New Jersey 07470
Tel.: 973-696-8391
Christopher J. Balala, Esq. (Attorney ID 030732010)
*Counsel to the Plaintiffs*

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| *In re:*<br><br>MARLON J. WILDING,<br><br>      DEBTOR.<br>------------------------------------------------------<br>SEAN AND LAURIE HALAW,<br><br>      PLAINTIFF,<br>Vs.<br><br>MARLON J. WILDING,<br><br>      DEFENDANT. | Case No. 17-35624<br><br>Chapter 7<br><br>Judge: Hon. Rosemary Gambardella, U.S.B.J.<br><br>Adv. Pro. No. |

## COMPLAINT TO DETERMINE DISCHARGEABILITY OF DEBT AND OBJECT TO DEBTOR'S DISCHARGE

Plaintiffs Sean and Laurie Halaw, (the "Plaintiffs"), by the undersigned counsel, files this adversary proceeding against the Defendant, Marlon J. Wilding (the "Debtor" and/or "Defendant"), to determine the dischargeability of a debt and object to Debtor's discharge. In support of this complaint, the Plaintiff states as follows:

## PRELIMINARY STATEMENT

1

1. This is an adversary proceeding brought by the Plaintiffs and against the Defendant pursuant to 11 U.S.C. §§§ 523(a)(6), 727(a).
2. .

## JURISDICTION AND VENUE

3. This Court has jurisdiction over the parties and the subject matter of this proceeding pursuant to under 28 U.S.C. § 157 and 28 U.S.C. §§ 1334.
4. This adversary proceeding is a core proceeding under 28 U.S.C. § 157(b)(2)(I).
5. Venue is properly laid in this jurisdiction in accordance with 28 U.S.C. § 1408 and §1409.
6. This is an adversary proceeding brought under 11 U.S.C. §727(c) and Federal Rule of Bankruptcy Procedure 7001(4).

## FACTUAL ALLEGATIONS

7. On December 22, 2017, the Defendant filed a bankruptcy petition seeking relief under chapter 7 of title 11 of the United States Code commencing the instant bankruptcy case bearing case number 17-35624.
8. .

## FIRST COUNT

9. The Plaintiff repeats and re-alleges the allegations set forth above as if set forth at length herein.

10. .

e.

                                  **SCURA, WIGFIELD, HEYER,**
                                  **STEVENS & CAMMAROTA, LLP**
                                  Attorneys for the Plaintiff

                                  BY: /s/ Christopher J. Balala
Dated: March 20, 2018            Christopher J. Balala, Esq.