**Scura, Wigfield, Heyer, Stevens & Cammarota LLP**

1599 Hamburg Turnpike
Wayne, NJ 07470
Phone: (973) 696-8391

Laurie & Sean Halaw

# 04133-HALAW-CR -

**CR - 18-01154-RG (Halaw v. Wilding) -** ▮▮▮▮▮ **re: c7 - 17-35624-RG (Marlon J. Wilding)**

**Services**





Invoice # 3681 - 07/12/2023

Invoice # 3681 - 07/12/2023

Invoice # 3681 - 07/12/2023



Invoice # 3681 - 07/12/2023

| Date | | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 01/07/2019 | DS | 13 (D) Case Administration: Communication within firm concerning case strategy | 0.10 | $375.00 | $37.50 |
| 01/07/2019 | GJG | 13 (D) Case Administration: Communicate with adversary concerning extending the discovery end | 0.30 | $375.00 | $112.50 |

date. Draft and revise JSO.

| | | | | | |
|---|---|---|---|---|---|
| | | ███████████████████████████ | | | |
| 01/15/2019 | DS | Communicate in firm: Communication within firm concerning case strategy and status | 0.30 | $375.00 | $112.50 |
| | | ███████████████████████████ | | | |
| | | ███████████████████████████ | | | |
| 02/08/2019 | GJG | 13 (D) Case Administration: Draft delinquent discovery letter, email to counsel, and provide instructions to paralegal to send. | 0.60 | $375.00 | $225.00 |
| 02/27/2019 | GJG | 13 (D) Case Administration: In firm meeting to discuss case strategy. | 0.40 | $375.00 | $150.00 |
| 03/04/2019 | DS | Communicate in firm: Communication within firm concerning case status and strategy | 0.20 | $375.00 | $75.00 |
| 03/04/2019 | GJG | 13 (D) Case Administration: In firm discuss and review of documents with law clerk for motion to extend discovery and compel | 0.40 | $375.00 | $150.00 |
| 03/05/2019 | GJG | 13 (D) Case Administration: Review and revise motion to compel discovery | 0.50 | $375.00 | $187.50 |
| 03/06/2019 | GJG | 13 (D) Case Administration: Work on MSJ, Extend Discovery End Date, Compel Discovery | 3.00 | $375.00 | $1,125.00 |
| | | ███████████████████████████ | | | |
| 03/21/2019 | GJG | 13 (D) Case Administration: Review motions and revise | 0.30 | $375.00 | $112.50 |
| | | ███████████████████████████ | | | |
| 03/25/2019 | DS | Communicate in firm: Communication within firm concerning motion to compel and case issues | 0.20 | $375.00 | $75.00 |
| 03/25/2019 | GJG | 13 (D) Case Administration: Revise motion to compel discovery and extend discovery end date. | 1.40 | $375.00 | $525.00 |
| 03/25/2019 | GJG | 13 (D) Case Administration: conduct legal research | 0.50 | $375.00 | $187.50 |

concerning motion to extend discovery and compel
discovery

| | | | | | |
|---|---|---|---|---|---|
| | | ████████████████████████ | | | |
| 03/29/2019 | DS | Communicate in firm: Communication within firm concerning case strategy | 0.30 | $375.00 | $112.50 |
| | | ████████████████████████ | | | |
| | | ████████████████████████ | | | |
| 04/11/2019 | DS | Communicate in firm: Communication within firm concerning service of motion and motion issues | 0.40 | $375.00 | $150.00 |
| | | ████████████████████████ | | | |
| 04/16/2019 | DS | Communicate in firm: Communication within firm concerning case law and case strategy | 0.30 | $375.00 | $112.50 |
| | | ████████████████████████ | | | |
| 04/18/2019 | JJR | Paralegal: Paralegal- drafted letter to and served Order to compel discovery and ext the discovery date. | 0.50 | $175.00 | $87.50 |
| 04/22/2019 | DS | Communicate in firm: Communication within firm concerning case strategy | 0.20 | $375.00 | $75.00 |

| 04/22/2019 | GJG | 13 (D) Case Administration: Review recent court decision on extension of adversary proceeding | 0.60 | $375.00 | $225.00 |
| | | | | | |
| 05/01/2019 | GJG | 13 (D) Case Administration: Legal research | 0.70 | $375.00 | $262.50 |
| | | | | | |
| 07/10/2019 | GJG | 13 (D) Case Administration: Discuss Halaw matter in firm. Trial prep | 0.50 | $375.00 | $187.50 |
| | | | | | |
| 07/23/2019 | GJG | 13 (D) Case Administration: prepare discovery responses | 0.70 | $375.00 | $262.50 |
| 07/24/2019 | GJG | 13 (D) Case Administration: draft discovery responses | 1.00 | $375.00 | $375.00 |
| 07/25/2019 | JJR | Paralegal: Paralegal- prepared the discovery for service to opposing counsel. | 0.50 | $175.00 | $87.50 |
| 07/26/2019 | JJR | Paralegal: Paralegal- contacted DC express for same | 0.20 | $175.00 | $35.00 |

| | | day messenger service. | | | |
|---|---|---|---|---|---|
| 07/26/2019 | GJG | 13 (D) Case Administration: review discovery being sent out | 1.20 | $375.00 | $450.00 |
| ████████ | | | | | |
| 08/01/2019 | DS | Communicate in firm: Communication within firm concerning motion strategy | 0.20 | $375.00 | $75.00 |
| 08/01/2019 | GJG | 13 (D) Case Administration: discuss opposition to dismiss and review documents | 1.20 | $375.00 | $450.00 |
| 08/12/2019 | GJG | 13 (D) Case Administration: review motion | 0.50 | $375.00 | $187.50 |
| 08/23/2019 | DS | Communicate in firm: Communication within firm concerning case strategy | 0.10 | $375.00 | $37.50 |
| ████████ | | | | | |
| 08/23/2019 | GJG | 13 (D) Case Administration: work on MSJ, revise motion to strike | 3.60 | $375.00 | $1,350.00 |
| 08/26/2019 | BG | Paralegal: Paralegal- Attaching Exhibits/ review of motion to strike | 1.60 | $185.29 | $296.46 |
| 08/26/2019 | DS | Communicate in firm: Communication within firm concerning case isssues | 0.20 | $375.00 | $75.00 |
| 08/26/2019 | GJG | 13 (D) Case Administration: Revise motion for sanction and conduct legal research concerning motion, Review and revise order and certification | 3.40 | $375.00 | $1,275.00 |
| ████████ | | | | | |
| 08/27/2019 | GJG | 13 (D) Case Administration: final review and edits prior to filing motion to strike. | 1.00 | $375.00 | $375.00 |
| ████████ | | | | | |



Invoice # 3681 - 07/12/2023

| Date | | Description | | | |
|------|------|-------------|------|--------|------------|
| 11/06/2019 | GJG | Communicate in firm: Review opposition and work on reply | 1.40 | $375.00 | $525.00 |
| 11/10/2019 | GJG | Draft/revise: Draft reply to opposition | 4.60 | $375.00 | $1,725.00 |
| 11/11/2019 | DS | Communicate in firm: Communication within firm concerning motion strategy | 0.10 | $375.00 | $37.50 |
| 11/11/2019 | GJG | Draft/revise: Draft reply to opposition and file. | 2.60 | $375.00 | $975.00 |
| 11/13/2019 | GJG | Communicate w/outsid: Plan ad prepare at hearing | 0.50 | $375.00 | $187.50 |
| 11/20/2019 | MO | Paralegal: Paralegal- Printed out and tabbed Motion | 1.80 | $180.00 | $324.00 |

|            |     |                                                                                                                                                    |      |          |            |
|------------|-----|----------------------------------------------------------------------------------------------------------------------------------------------------|------|----------|------------|
|            |     | for Summary Judgment, Motion to Strike and Reply opposition. Drafted 3 letters to the court and sent courtesy copies via lawyer service.             |      |          |            |
| 12/04/2019 | DS  | 13 (D) Case Administration: Communication within firm concerning upcoming oral argument.                                                            | 0.30 | $375.00  | $112.50    |
| 12/04/2019 | GJG | Communicate in firm: plan and prepare for legal arguements                                                                                          | 2.50 | $375.00  | $937.50    |
| 12/04/2019 | MO  | Paralegal: Paralegal- Printed out entire cross motion for summary judgment, opposition and reply. Also printed motion to strike. Hole punched and put in binder. | 1.50 | $175.00  | $262.50    |
| 12/05/2019 | GJG | Appear for/attend: Plan and prepare for hearing, draft legal arguments, and appear and argue at hearing. Includes travel time                       | 4.50 | $375.00  | $1,687.50  |

Invoice # 3681 - 07/12/2023







Invoice # 3681 - 07/12/2023



Invoice # 3681 - 07/12/2023





Invoice # 3681 - 07/12/2023







Invoice # 3681 - 07/12/2023



## Expenses

| Date | Notes | Quantity | Rate | Total |
|------|-------|----------|------|-------|
| 07/26/2019 | DC Express: DC Express Inc. delivery | 1.00 | $49.00 | $49.00 |

| Time Keeper | Quantity | Rate | Total |
|-------------|----------|------|-------|
| Guillermo Gonzalez | 293.1 | $375.00 | $109,912.50 |
| Brendan Greve | 0.6 | $450.00 | $270.00 |
| Brendan Greve | 0.8 | $428.57 | $342.86 |
| Brendan Greve | 0.8 | $400.00 | $320.00 |

Invoice # 3681 - 07/12/2023

| | | | |
|---|---|---|---|
| Brendan Greve | 1.3 | $390.00 | $507.00 |
| Brendan Greve | 1.4 | $388.89 | $544.45 |
| Brendan Greve | 4.8 | $378.95 | $1,818.96 |
| Brendan Greve | 0.6 | $210.00 | $126.00 |
| Brendan Greve | 1.2 | $200.00 | $240.00 |
| Brendan Greve | 0.5 | $194.44 | $97.22 |
| Brendan Greve | 3.2 | $186.67 | $597.36 |
| Brendan Greve | 1.6 | $185.29 | $296.46 |
| Brendan Greve | 1.9 | $184.69 | $350.91 |
| Brendan Greve | 1.4 | $183.64 | $257.10 |
| Brendan Greve | 2.6 | $182.00 | $473.20 |
| Brendan Greve | 1.4 | $181.48 | $254.07 |
| Brendan Greve | 1.8 | $180.00 | $324.00 |
| Brendan Greve | 2.2 | $179.07 | $393.95 |
| Brendan Greve | 5.6 | $178.18 | $997.80 |
| Brendan Greve | 3.8 | $177.33 | $673.85 |
| Brendan Greve | 4.4 | $177.01 | $778.84 |
| Brendan Greve | 4.8 | $176.84 | $848.83 |
| Brendan Greve | 7.4 | $176.19 | $1,303.81 |
| Brendan Greve | 4.7 | $175.62 | $825.41 |
| Brendan Greve | 71.2 | $175.00 | $12,460.00 |
| Carlos Martinez | 0.2 | $395.00 | $79.00 |
| Carlos Martinez | 3.3 | $375.00 | $1,237.50 |
| Aiden Murphy | 32.2 | $200.00 | $6,440.00 |
| Aiden Murphy | 2.8 | $150.00 | $420.00 |
| Lorelle Richards | 0.1 | $175.00 | $17.50 |
| Jamal Romero | 8.9 | $175.00 | $1,557.50 |
| Ray Sanchez | 1.5 | $175.00 | $262.50 |
| Amy Sees | 0.9 | $175.00 | $157.50 |

| David Sklar | 8.2 | $375.00 | $3,075.00 |
| David Stevens | 3.9 | $425.00 | $1,657.50 |
| Linda Bosland | 1.0 | $4,314.20 | $4,314.20 |
| Marifel Duran | 4.0 | $175.00 | $700.00 |
| Steven Filko | 7.3 | $200.00 | $1,460.00 |
| Steven Filko | 1.8 | $185.29 | $333.52 |
| Steven Filko | 0.7 | $183.75 | $128.63 |
| Steven Filko | 2.4 | $178.72 | $428.93 |
| Steven Filko | 3.2 | $177.78 | $568.90 |
| Steven Filko | 4.9 | $177.41 | $869.31 |
| Steven Filko | 3.7 | $177.40 | $656.38 |
| Steven Filko | 3.0 | $176.97 | $530.91 |
| Steven Filko | 16.0 | $175.00 | $2,800.00 |
| Vasti Majano | 3.3 | $175.00 | $577.50 |
| Michael O'Neil | 1.8 | $180.00 | $324.00 |
| Michael O'Neil | 14.2 | $175.00 | $2,485.00 |

## Detailed Statement of Account

### Current Invoice



1599 Hamburg Tpk, Wayne, NJ 07470

**CLIO Pay Link** - https://app.clio.com/link/v2/2/2/44d82327b561ae69f865579a3fc0a70e?
hmac=8acfbe425cd8060e83261166d9cbe3918ee6293dcc69dc9476be7cbc4d6c3a42