**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with D.N.J. LBR 9004-2(c)**<br>SCURA, WIGFIELD, HEYER,<br>STEVENS & CAMMAROTA, LLP<br>1599 HAMBURG TURNPIKE<br>WAYNE, NJ 07470<br>Telephone: (973) 696-8391<br>Facsimile: (973) 696-8571<br>Guillermo Gonzalez, Esq. (Attorney ID 076102014)<br>*Attorneys for Plaintiffs Sean and Laurie Halaw* | Order Filed on December 14, 2023<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| IN RE:<br><br>MARLON J. WILDING,<br><br>    DEBTOR. | Case No.: 17-35624 (RG)<br><br>Hon. Rosemary Gambardella U.S.B.J.<br><br>Chapter 7 |
| SEAN AND LAURIE HALAW,<br><br>    Plaintiff,<br><br>    vs.<br><br>MARLON J. WILDING,<br><br>    Defendant. | Adv. Pro. No.: 18-01154 (RG)<br><br>Hearing Date: 12/14/2023 |

**ORDER GRANTING PLAINTIFFS' MOTION FOR**
**~~SANTIONS~~ PURSUANT TO RULE 37(B)(2)**
SANCTIONS

The relief set forth on the following page, number (2), is hereby

**DATED: December 14, 2023**
    **ORDERED.**

*/s/ Rosemary Gambardella*
Honorable Rosemary Gambardella
United States Bankruptcy Judge

2 | P a g e
In re: Marlon J. Wilding
Case No.: 17-35624(RG)
Adv. Pro.: Sean and Laurie Halaw v. Marlon J. Wilding
Adv. No.: 18-01154(RG)
Order Granting Plaintiffs' Motion for Sanctions Pursuant to Rule 37 of the Federal Rules of Civil Procedure

**THIS MATTER** having been brought to the Court by motion of the plaintiffs, Sean and Laurie Halaw (the "Plaintiffs"), by and through their attorneys Scura, Wigfield, Heyer, Stevens & Cammarota, LLP, for an Order granting Plaintiffs' motion for sanctions pursuant to Rule 37 of the Federal Rules of Civil Procedure and Rule 7037 of the Federal Rules of Bankruptcy Procedure; and the Court having considered the moving papers, any opposition thereto, and any reply to the opposition, and the Court having concluded that Marlon J. Wilding and his counsel (the "Defendant") have engaged in sanctionable conduct by failing to comply with the Court's order to compel discovery, it is

**ORDERED** that the Debtor shall be ordered to pay the Appellants-Plaintiffs for reasonable attorney's fees and costs incurred by their counsel drafting emails and letters to Debtor's counsel requesting outstanding discovery on and after January 4, 2019, drafting and prosecuting the Motion to Compel, and drafting any subsequent requests for compliance with the Compel Order as well as the preparation and filing of the initial Motion for Sanctions on August 27, 2019."

**ORDERED** that the Debtor shall pay $16,392.96 in attorneys fees and $49.00 in costs for a total of $16, 442.96.

**ORDERED** that a copy of this Order be served on the Defendant within seven (7) days of the entry of this Order.