Form order – ntcorder

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

In Re:  Marlon J. Wilding
Debtor

Case No.: 17−35624−RG
Chapter 7

Sean and Laurie Halaw
Plaintiff

v.

Marlon J. Wilding
Defendant

Adv. Proc. No. 18−01154−RG                Judge: Rosemary Gambardella

## NOTICE OF JUDGMENT OR ORDER
### Pursuant to Fed. R. Bankr. P. 9022

Please be advised that on December 14, 2023, the court entered the following judgment or order on the court's docket in the above−captioned case:

Document Number: 79 − 61
Order Granting Motion For Other Sanctions re: Failing To Comply With Court's Order To Compel Discovery (Related Doc # 61). Service of notice of the entry of this order pursuant to Rule 9022 was made on the appropriate parties. See BNC Certificate of Notice. Signed on 12/14/2023. (car)

Parties may review the order by accessing it through PACER or the court's electronic case filing system (CM/ECF). Public terminals for viewing are also available at the courthouse in each vicinage.

Dated: December 14, 2023
JAN: car

Jeanne Naughton
Clerk